423 A.2d 1310

Terrain Development Co., Inc., Appellant, v.
The Southland Corp.

Submitted September 15, 1978. Marvin I. Block, for appellant;
Norbert F. Bergholtz, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order of the lower court is affirmed.

426 A.2d 171

Commonwealth v. Brown, Appellant.

Submitted September 15, 1978. John T. Grigsby, III, for appellant; Ronald
Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.